UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL GALVAN § <br> and § <br> JOHN TELSCHOW § <br> and § <br> MICHAEL MCDONALD, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> DNV GL USA, INC., § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:17-CV-01543 |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 2nd day of March, 2020.

_____
Kenneth M. Hoyt
United States District Judge