UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL GALVAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 4:17-CV-01543 |
| V. | § § | JURY TRIAL DEMANDED |
| DNV GL USA, INC. F/K/A DET NORSKE VERITAS (USA), INC., | § § § | |
| DEFENDANT. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Lead Plaintiff MICHAEL GALVAN and Opt-In Plaintiffs Francis Anderson, Eugene Bautista, Marcus Brooks, John F. Combs, Thomas Donahue, James Flood, Mark Foreman, Robert Hall, David Hernandez, Teent Hoagland, Charles Joyner, Scott Loew, Michael McDonald, Harold Melton, Kyle Moseley, Ronald Noble, Ibitade Okedara, Ted Preston, Gary D. Rektorik, Philippe Sibille, Ralph Sprang, Adrian Suarez, John Telschow, Scott Valentine, Darryel Walter, Michael Woodard, Robin Wright, and Raymond Zorn, on the one hand, and Defendant DNV GL USA, INC. F/K/A DET NORSKE VERITAS (USA), INC., on the other hand, jointly file this stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Lead Plaintiff is Michael Galvan.

2. Opt-In Plaintiffs are Francis Anderson, Eugene Bautista, Marcus Brooks, John F. Combs, Thomas Donahue, James Flood, Mark Foreman, Robert Hall, David Hernandez, Teent Hoagland, Charles Joyner, Scott Loew, Michael McDonald, Harold Melton, Kyle Moseley, Ronald Noble, Ibitade Okedara, Ted Preston, Gary D. Rektorik, Philippe Sibille, Ralph Sprang, Adrian

Suarez, John Telschow, Scott Valentine, Darryel Walter, Michael Woodard, Robin Wright, and Raymond Zorn.

3. Defendant is DNV GL USA, Inc. f/k/a Det Norske Veritas (USA), Inc.

4. On May 19, 2017, Plaintiff Galvan filed the instant FLSA collective action suit against Defendant (Dkt. No. 1).

5. Defendant filed its Answer on July 21, 2017 (Dkt. No. 6).

6. On March 14, 2018, Plaintiff filed his Opposed Motion to Conditionally Certify Collective Action and Authorize Notice (Dkt. No. 13), and Defendant filed its Response in Opposition thereto on April 4, 2018 (Dkt. No. 15).

7. On May 22, 2018, the Court entered its Order granting conditional certification of an FLSA collective action (Dkt. No. 29).

8. The opt-in plaintiffs listed in paragraph 2, above, opted in to the suit during the Notice period authorized by the Court in its Order of May 22, 2018 (Dkt. No. 29).

9. On or about March 1, 2020, the Parties advised the Court that they had resolved their differences. On March 2, 2020, the Court entered an Order of Dismissal on Settlement Announcement and dismissed the case without prejudice to the right of the Parties to move for reinstatement within 90 days of the dismissal order. (Dkt. No. 75)

10. This case has not been certified as a class action, and no receiver has been appointed.

11. The Lead Plaintiff and the Opt-In Plaintiffs have not dismissed an action based upon or including the same claims as those presented in this suit.

12. The Parties confirm that they finalized their settlement and now jointly request that the Court dismiss the case with prejudice.

Respectfully submitted,

*/s/ Alex Mabry*
Alex Mabry
amabry@mabrylaw.com
Texas State Bar No. 00792043
MABRY LAW FIRM, PLLC
10320 Sommerville Ave.
Houston, Texas 77041
Telephone: (832) 350-8335
Facsimile:  (832) 831-2460

Beatriz-Sosa Morris
BSosaMorris@smnlawfirm.com
Texas State Bar No. 24076154
John Neuman
JNeuman@smnlawfirm.com
Texas State Bar No. 24083560
5612 Chaucer Drive
Houston, Texas 77005
Telephone: (281) 885-8844
Facsimile: (281) 885-8813

**ATTORNEYS FOR PLAINTIFF
AND OPT-IN PLAINTIFFS**

*/s/ Kerry E. Notestine* (*by permission*)
Kerry E. Notestine (Attorney-in-Charge)
knotestine@littler.com
State Bar No. 15116950
Federal I.D. No. FID 2423
Kelcy L. Palmer
kpalmer@littler.com
State Bar No. 24088099
Federal I.D. No. 2524981
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 28, 2020, a true and correct copy of this instrument was served upon all counsel of record via the Court's ECF system.

*/s/ Alex Mabry*
Alex Mabry