United States District Court
Southern District of Texas
**ENTERED**
April 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL GALVAN and JOHN TELSCHOW and MICHAEL MCDONALD, *et al*, <br><br> Plaintiffs, <br> VS. <br><br> DNV GL USA, INC., <br><br> Defendant. | § § § § § § § § § § § § § |

CIVIL ACTION NO. 4:17-CV-01543

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Dkt. No. 76). Accordingly, the Court dismisses with prejudice the claims of lead plaintiff Michael Galvan and of Opt-In Plaintiffs Francis Anderson, Eugene Bautista, Marcus Brooks, John F. Combs, Thomas Donahue, James Flood, Mark Foreman, Robert Hall, David Hernandez, Teent Hoagland, Charles Joyner, Scott Loew, Michael Mcdonald, Harold Melton, Kyle Moseley, Ronald Noble, Ibitade Okedara, Ted Preston, Gary D. Rektorik, Philippe Sibille, Ralph Sprang, Adrian Suarez, John Telschow, Scott Valentine, Darryel Walter, Michael Woodard, Robin Wright, and Raymond Zorn.

It is so ORDERED.

SIGNED on this 30th day of April, 2020.

_____
Kenneth M. Hoyt
United States District Judge